UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | |
| v. | : | |
| | : | VIOLATION: |
| | : | 18 U.S.C. § 201(b)(1)(C), 2 |
| PAMELA PORTER, | : | (Bribery and Aiding and Abetting) |
| | : | |
| Defendant. | : | |

## INFORMATION

From at least February 3, 2024, through June 21, 2024, in the District of Columbia, Defendant Pamela Porter, directly and indirectly, corruptly did give, offer, and promise and aided and abetted other persons in giving, offering, and promising anything of value to a public official with the intent to influence any official act and to induce such public official to do and omit to do any act in violation of his lawful and official duty; that is, Pamela Porter paid $1,200 to Herbert Baylor, a public official, in exchange for Herbert Baylor using his position as a Department of Corrections Case Worker to smuggle tobacco and controlled substances into the District of Columbia Correctional Treatment Facility and provide this contraband to inmates in the facility.

(In violation of Title 18, United States Code, Sections 201(b)(1)(C), 2)

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

By:   _/s/ Joshua Gold_____
Joshua Gold
Assistant United States Attorney
Texas Bar No. 24103101
601 D Street, N.W.
Washington, D.C. 20530
(202) 815-8965
Joshua.Gold@usdoj.gov